UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARSH USA INC. and MARSH & McLENNAN COMPANIES, INC.,

        Plaintiffs,

-against-

ROBERT SCHUHRIEMEN,

        Defendant.

Case No.16-cv-2998-JSR

**CONSENT INJUNCTION ORDER**



JED S. RAKOFF, U.S.D.J.

    Plaintiffs Marsh USA Inc. and Marsh & McLennan Companies, Inc. (collectively, "Marsh") bring this action against Defendant Robert Schuhriemen ("Schuhriemen") for breach of contract, breach of fiduciary duties and tortious interference with existing and prospective business relationships.

    On consent of the parties, the Court issues this Consent Injunction:

    Enjoining Schuhriemen and any person or entity acting in concert with him or under his supervision, until March 31, 2017 at 11:00am EDT, from directly or indirectly, initiating any contact, whether by phone, in person or electronic means, soliciting or servicing, or inducing not to place business with Marsh, any clients of Marsh with whom Schuhriemen had contact, or about whom Schuhriemen obtained confidential information, or for whom Schuhriemen was responsible for making (or assisting or supervising the making of) sales to, or performing or providing (or assisting or supervising the performance or provision of) services or products on behalf of, Marsh, during the last two (2) years of Schuhriemen's employment with Marsh ("Restricted Marsh Clients"), provided, however, that (i) the following shall not be considered Restricted Marsh Clients for purposes of this Consent Injunction: Associated Anesthesiologists of Springfield, Ltd., Clinical Radiologists, S.C. and Midwest Emergency Department Specialists and

(ii) in the event that Schuhriemen is contacted by a Restricted Marsh Client, whether by phone, in person or electronic means, prior to March 31, 2017 at 11:00am EDT, he shall promptly discontinue any such contact and shall not solicit the Restricted Marsh Client nor induce the Restricted Marsh Client not to place business with Marsh; provided, however, that Schuhriemen shall not be restricted from engaging in brief social pleasantries if contacted by a Restricted Marsh Client.

The Court shall retain continuing jurisdiction over this matter throughout the term of this injunction. Marsh shall be entitled to recovery of all reasonable sums and costs, including attorneys' fees, incurred by Marsh in the event of a violation of this Order.

SO STIPULATED AND AGREED.

| | |
|---|---|
| _[signature]_ | _[signature]_ |
| LITTLER MENDELSON, P.C. | MORGAN, LEWIS & BOCKIUS LLP |
| A. Michael Weber<br>Meredith Kaufman<br>900 Third Avenue<br>New York, New York 10022-3298<br>(212) 583-9600 | Timothy J. Stephens<br>Ashley Hale<br>101 Park Avenue<br>New York, New York 10178<br>(212) 309-6000 |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |
| Dated: September 12, 2016 | Dated: September 8, 2016 |

SO ORDERED.   _[signature]_
                JED S. RAKOFF, U.S.D.J.

Dated:   New York, New York
         September 14, 2016

2

DB2/ 30514066.1