UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
MARSH USA INC. and MARSH & MCLENNAN
COMPANIES, INC.,

    Plaintiffs,

    -v-

ROBERT SCHUHRIEMEN,

    Defendant.
------------------------------------x

16 Civ. 2998

ORDER

JED S. RAKOFF, U.S.D.J.

Having entered a Consent Injunction Order resolving this dispute, see Order dated Sept. 15, 2016, ECF No. 21, the Court directs the Clerk of the Court to close this case. Per the terms of the Order, the Court shall retain jurisdiction over this matter until March 31, 2017 at 11:00 A.M. EDT.

SO ORDERED.

Dated:    New York, NY
          October 4, 2016

                                      JED S. RAKOFF, U.S.D.J.

1